FILED

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
(951) 769-1268
Paulhupp@Gmail.com
*In Propria Persona*

2018 JUN -8  PM 12: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

United States District Court

Central District of California (Eastern Division)

|  |  |
|---|---|
| In Re Seizure of Personal Electronic Property of Paul Hupp, Paul Hupp Real Party in Interest,<br><br>                    Movant,<br><br>United States of America,<br><br>                    Respondent. | Case No.: ED-CV-18-00993 JGB (KKx)<br><br>**DECLARATION OF PAUL HUPP SUPPORTING JUNE 1, 2018, "CIVIL MINUTE ORDER": RE *EX PARTE* HEARING ON RETURN OF SEIZED PROPERTY**<br><br>Date:<br>Time: 10:00 AM<br>Dept.: Courtroom 1<br>Hon.: |

# I
## Introduction

Movant Paul Hupp ("HUPP"), *In Propria Persona*, files this Declaration in support of the June 1, 2018, "Civil Minute Order" relating to the Notice of *Ex Parte* Hearing and *Ex Parte* Hearing for return of all electronic equipment unlawfully seized by Respondent Unites States of America ("USA") on March 29, 2018, pursuant to Fed. R. CR. Proc. 41(g) AND Local Rule ("LR") 7-19. The latest papers were filed and served on USA May 18, 2018. The "Summons" was served on USA with the original *Ex Parte* Hearing papers when this action was originally "filed" with the Court, which was approximately one (1) month after the action was "lodged".

Even though the "Summons" was served on USA with the original *Ex Parte* Hearing papers, served together in April (the actual "proof of service" of the summons), the court form "proof of service" was different from HUPP'S proof service filed with all other papers. The summons proof of service was not actually "filed" with the Court until the case was asked to be re-opened. There is indeed a proof of service for every paper filed with this Court; as USA is personally served directly before, or directly after, the filing of all papers in this action,

All of the papers in this action have been served on USA, but to avoid any confusion and delay, a copy of the latest papers will be attached to, and served concurrently, with this Declaration.

**Declaration**

I, Paul Hupp, declare the following:

1. I have personal knowledge of all statements stated herein, except for those made on information and belief, and for those I believe them to be true;

2. If called to testify before a court of competent jurisdiction I would and could testify to all such statements.

3. All papers in this action have been served on USA the same day they have been filed with this Court.

4. Attached are the two (2) latest Notices of *Ex Parte* Hearing and *Ex Parte* Hearing papers, dated <u>May 11, 2018</u>, and <u>May 18, 2018</u>. Served on USA the same respective dates. Bates Page #4-15.

5. Attached to the <u>May 18, 2018</u>. *Ex Parte* Hearing papers is the Proof of Service the Court referenced in its civil minute order, claiming it to be service of a

"Summons". That is incorrect. The proof of service clearly shows the papers to

be the *Ex Parte* Hearing papers. Bates Page #15.

6.  I am serving a copy of this Declaration, attached with the previously filed *Ex*

*Parte* Hearing papers, on USA no later than 1:00 PM today June 08, 2018. Bates

Page #16.

I declare under penalty of perjury the forgoing is true and correct.

Executed Thursday, June 08, 2018, at Beaumont CA.

Respectfully Submitted.

Dated this 8th day of June, 2018

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
(951) 76-1268
Paulhupp@Gmail.com
*In Propria Persona*

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
(951) 769-1268
Paulhupp@Gmail.com
*In Propria Persona*

United States District Court

Central District of California (Eastern Division)

|  |  |
|---|---|
| In Re Seizure of Personal Electronic Property of Paul Hupp, Paul Hupp Real Party in Interest,<br><br>        Movant,<br><br>————————————————<br><br>United States of America,<br><br>        Respondent. | Case No.: ED-CV-18-00993 JGB (KKx)<br><br>**NOTICE OF *EX PARTE* HEARING AND *EX PARTE* HEARING; DECLARATION OF PAUL HUPP; ORDER ON RETURN OF SEIZED PROPERTY (PROPOSED)**<br><br>Date: May 14, 2018<br>Time: 10:00 AM<br>Dept.: Courtroom 1<br>Hon.: |

**I**

**Introduction**

Movant Paul Hupp ("HUPP"), *In Propria Persona*, files this Notice of *Ex Parte* Hearing and *Ex Parte* Hearing for return of all electronic equipment unlawfully seized by Respondent Unites States of America ("USA") on March 29, 2018, pursuant to Fed. R. CR. Proc. 41(g) AND Local Rule ("LR") 7-19. *Alternatively*, HUPP seeks return of said property within a reasonable time under the totality of the circumstances. Said hearing shall take place at 8:30 AM May 14, 2018, in Courtroom 1 at the United States District Court, Eastern Division, 3470 Twelfth Street, Riverside, CA 92501.

## II
### Memorandum of Points and Authorities: Argument

**1)  Background Facts**

The background facts and legal authority are on file in this case in the papers "Lodged" on <u>April 13, 2018</u>, and filed on <u>May 8, 2018</u>. USA were served these papers by personal service on <u>April 13, 2018</u>, and <u>May 8, 2018</u>. A copy of this Notice/Brief is being served on USA no later than 10:00 AM <u>May 11, 2018</u>. By this reference the arguments at this *Ex Parte* Hearing will be limited to these papers and by this reference those papers are hereby incorporated into this brief.

## III
### Conclusion

For the reasons stated *supra* HUPP requests this Court GRANT his *Ex Parte* Application and ORDER USA to return all of his unlawfully seized personal property no later than 2:00 PM, <u>May 14, 2018</u>. *Alternatively*, HUPP seeks return of said seized personal property within a reasonable time frame under the totality of the circumstances.

## IV
### Declaration

I, Paul Hupp, declare the following:

1.  I have personal knowledge of all statements stated herein, except for those made on information and belief, and for those I believe them to be true;

2.  If called to testify before a court of competent jurisdiction I would and could testify to all such statements.

3.  I am serving a copy of these *Ex Parte* Hearing papers no later than 10:00 AM <u>May 11, 2018,</u> on USA.

I declare under penalty of perjury the forgoing is true and correct.

Executed Friday, <u>May 11, 2018</u>, at Beaumont CA.

Respectfully Submitted.

Dated this 11th day of May, 2018

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
(951) 76-1268
Paulhupp@Gmail.com
*In Propria Persona*

United States District Court

Central District of California (Eastern Division)

|  |  |
|---|---|
| In Re Seizure of Personal Electronic Property of Paul Hupp, Paul Hupp Real Party in Interest,<br><br>                 Movant,<br>_____<br><br>United States of America,<br>                 Respondent.<br>_____ | Case No.: ED-CV-18-00993 JEG (KKx)<br><br><br><br>**ORDER ON RETURN OF SEIZED PROPERTY (PROPOSED)** |

Pursuant to the Ex Parte Application hearing on Monday, *May 14, 2018*, I hereby make the following ORDER:

1.   All of Paul Hupp's seized personal property shall be returned by 5:00 PM on May____, 2018.

2.   Paul Hupp's seized computer and telephone shall be returned by 5:00 PM on May____, 2018.

3.   _____

4.   _____

Dated: May _____, 2018            _____

United States District Judge



1   Paul Hupp
    965 Hidden Oaks Drive
2   Beaumont, CA. 92223
    (951) 769-1268
3   Paulhupp@Gmail.com
    *In Propria Persona*
4

5                    United States District Court

6           Central District of California (Eastern Division)

7

8                                    )    Case No.:  ED-CV-18-00993 JGB (KKx)
                                     )
9   In Re Seizure of Personal Electronic Property )
    of Paul Hupp, Paul Hupp Real Party in )
10  Interest,                        )    **NOTICE OF *EX PARTE* HEARING AND**
                                     )    ***EX PARTE* HEARING TO RE-OPEN**
11                    Movant,        )    **CASE; RETURN UNLAWULLY SEIZED;**
                                     )    **DECLARATION OF PAUL HUPP;**
12                                   )    **ORDER ON RETURN OF SEIZED**
                                     )    **PROPERTY (PROPOSED)**
13  ─────────────────────────────   )
                                     )
14  United States of America,        )    Date: May 22, 2018
                                     )    Time: 10:00 AM
15                    Respondent.    )    Dept.: Courtroom 1
                                     )    Hon.:
16  ─────────────────────────────   )

17

18                                   **I**
                             __Introduction__

19
        To United States District Judge Jesus G. Bernal ("BERNAL") and all other interested
20
    parties, Movant Paul Hupp ("HUPP"), *In Propria Persona*, files this Notice of *Ex Parte* Hearing
21
    and *Ex Parte* Hearing To Re-Open Case and for return of all electronic equipment unlawfully
22
    seized by Respondent Unites States of America ("USA") on __March 29, 2018__, pursuant to Fed. R.
23
    CR. Proc. 41(g) AND Local Rule ("LR") 7-19. ***Alternatively*, HUPP seeks return of said**
24
    __property within a reasonable time under the totality of the circumstances.__ Said hearing shall
25

                                    -1-              Paul Hupp
                                              ED-CV-18-00993 JGB (KKx)

take place at 10:00 AM <u>May 22, 2018</u>, in Courtroom 1 at the United States District Court, Eastern Division, 3470 Twelfth Street, Riverside, CA 92501. **Oral argument is requested.**

**II**
**Memorandum of Points and Authorities: Argument**

### 1) <u>Background Facts</u>

The background facts and legal authority are on file in this case in the papers "Lodged" on <u>April 13, 2018</u>, and filed on <u>May 8, 2018</u>. USA were served these papers by personal service on <u>April 13, 2018</u>, and <u>May 8, 2018</u>. A copy of this Notice/Brief is being served on USA no later than 1:00 PM <u>May 18, 2018</u>. By this reference the arguments at this *Ex Parte* Hearing will be limited to these papers and by this reference those papers are hereby incorporated into this brief.

On <u>May 10, 2018</u>, BERNAL closed the case after denying the application, without oral argument, without leave to amend and without valid legal reason to "close" the case as any perceived, or pretextual, defect was curable.

### 2. <u>Alleged Failure to Comply with Local Rule 7-19.1</u>

The background and declaration supporting this action should have included more information on the failure to contact the opposition. The opposition were not contacted because there is no known contact. It is therefore impossible to make contact. Furthermore failure to contact opposition was solely due to the fact there was no known contact. If there were a known contact a meet and confer conference would have been held prior, or at a minimum attempted. In any event the meet and confer conference is not dispositive on the issue because this very Court has, on multiple occasions, failed to enforce this very rule and dismiss motions for failure to comply with the local meet and confer rule when the government has filed motions against HUPP; and not only did government fail to comply with the meet and confer conference, but made no attempt to comply with it whatsoever. HUPP would have at a minimum attempted to

-2-

Paul Hupp
ED-CV-18-00993 JGB (KKx)

meet and confer if there were a contact. It is funny how the judges in the Central District "pick and choose" when to enforce the local rules; seemingly determined by whom the party is they are enforcing it against, or failing to enforce it against.

### 3.   The Court Had/Has Legion of Options

HUPP stated expressly that:

**"HUPP is open to <u>any other reasonable remedy</u> to have his property returned, as long as it is timely. The key items of seized property at this point are HUPP'S computer and telephone. Other seized property, while needed, are not time sensitive."** Bold and underline added.

The Court had/has legion of options to cure any issue by failing to meet and confer. This includes:

1) Waiving the rule due to impossibility;

2) Ordering service on any party prior to a ruling on the merits;

3) Converting the *ex parte* into an OSC;

4) Converting the *ex parte* into a motion.

5) Shortening the time frames of any OSC or motion.

The options on the action are extensive. But instead of trying to cure any perceived, or pretextual, defect this Court did nothing and issued a ruling that was a mere parroting "argument" that would come from an AUSA.

**Last, the Ninth Circuit has made clear in a myriad of rulings that *Pro Se* litigants should have their actions liberally construed.** HUPP is not a typical Pro Se litigant and has never asked for any special treatment, unless the Court is exhibiting a bias, then this doctrine is fair game for HUPP.

### 4.   The Courts Bias has been Magnified by it's "Closing" of the Case

The rules of procedure on civil actions are well known, even to those untrained in the law, even a high school drop-out. No action should be dismissed if a defect can be cured. HUPP filed this action in early April. The Court knew of the need to expedite the action as soon as possible due to irreparable harm. So what does the Court do? It denies the *ex parte* and without reason or legal support dismisses the entire action by ordering the clerk to "close the case". This shows bias by the Court, for whatever reason. It is not supported by the rules, by case law or by common sense. This is an emergency situation that is clear by the papers. Despite it being an emergency, the Court delayed the filing of this action by almost an entire month. Does this Court want HUPP to go through this entire delaying and obstruction process again? If so why? Why was the case "closed"? Did the Court have *ex parte* communications with USA in this matter? Did the Court have *ex parte* communications with **anyone** in this matter? There is nothing wrong with making an argument by any AUSA, but the Court is not an AUSA. If you want to make AUSA arguments then go to work for USA. This is a mother fucking United States District Court, not the DoJ.

### III
### Conclusion

For the reasons stated *supra* HUPP requests this Court GRANT his *Ex Parte* Application to Re-Open the action and ORDER USA to return all of his unlawfully seized personal property no later than 2:00 PM, <u>May 22, 2018</u>. ***Alternatively*, HUPP seeks return of said seized personal property within a reasonable time frame under the totality of the circumstances.** This includes making an order to Show Cause, calendaring the action on the "Law and Motion Calendar". And/or taking any other reasonable action that serves the goal of hearing this matter on the merits; and not issuing rulings/argument parroting the DoJ or a boneheaded, lying dirtbag AUSA.

## IV
### Declaration

I, Paul Hupp, declare the following:

1. I have personal knowledge of all statements stated herein, except for those made on information and belief, and for those I believe them to be true;

2. If called to testify before a court of competent jurisdiction I would and could testify to all such statements.

3. I am serving a copy of these *Ex Parte* Hearing papers no later than 1:00 PM <u>May 18, 2018,</u> on USA at their branch office location of record in Riverside: Suite 200, 3403 Tenth Street, Riverside, California 92501.

4. I have made no contact with USA regarding this application **because I have no idea whom to contact**.

5. USA knows about this action because the United States Marshalls Office called my home and left a voice mail message concerning it.

6. USA is willfully obstructing the releasing of their contact information in this case to delay the action.

7. The Court can ORDER me to contact any party by specifically indentifying WHOM the contact is to me made with, or directed to.

8. The Court can ORDER USA to respond as USA have been served *all* the papers in this action.

I declare under penalty of perjury the forgoing is true and correct.

Executed Friday, <u>May 18, 2018,</u> at Beaumont CA.

Respectfully Submitted.

Dated this 18th day of May, 2018

-5-

Paul Hupp
ED-CV-18-00993 JGB (KKx)

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
(951) 76-1268
Paulhupp@Gmail.com
*In Propria Persona*

United States District Court

Central District of California (Eastern Division)

|  |  |
|---|---|
| In Re Seizure of Personal Electronic Property of Paul Hupp, Paul Hupp Real Party in Interest, | Case No.: ED-CV-18-00993 JGB (KKx) |
|                 Movant, | |
| | **ORDER ON RETURN OF SEIZED PROPERTY (PROPOSED)** |
| United States of America, | |
|                 Respondent. | |

Pursuant to the Ex Parte Application hearing on Monday, *May 14, 2018*, I hereby make the following ORDER:

1. All of Paul Hupp's seized personal property shall be returned by 5:00 PM on May_____, 2018.

2. Paul Hupp's seized computer and telephone shall be returned by 5:00 PM on May_____, 2018.

3. _____

4. _____

Dated: May _____, 2018                          _____

                                                                United States District Judge

Paul Hupp
ED-CV-18-00993 JGB (KKx)



In Re Return of Personal Electronic Property of Paul Hupp
Case No.: ED-CV-18-00993 JGB (KKx)

## <u>DECLARATION OF SERVICE</u>

I, Paul Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My mailing address is 965 Hidden Oaks Drive, Beaumont CA 92223
4. I served a true and correct copy of THE FOLLOWING;

Respondent Paul Hupp's

**NOTICE OF *EX PARTE* HEARING AND *EX PARTE* HEARING TO RE-OPEN CASE; RETURN UNLAWULLY SEIZED; DECLARATION OF PAUL HUPP; ORDER ON RETURN OF SEIZED PROPERTY (PROPOSED)**

ADDRESSED TO;

United States District Court, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Department of Justice/The United States Attorney's Office
Central District of California/Riverside Branch Office
Suite 200
3403 Tenth Street
Riverside, California 92501**BY PERSONAL SERVICE on <u>May 18, 2018</u>, @ 1:00 PM**

By placing said document in a sealed envelope into the United States Postal Service at Beaumont, CA with the postage fully prepaid on;

<u>May 18, 2018</u>
EXECUTED ON:

<u>May 18, 2018</u>, at Beaumont, CA

I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant- Paul Hupp _____



In Re Return of Personal Electronic Property of Paul Hupp
Case No.: ED-CV-18-00993 JGB (KKx)

## DECLARATION OF SERVICE

I, Paul Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My mailing address is 965 Hidden Oaks Drive, Beaumont CA 92223
4. I served a true and correct copy of THE FOLLOWING;

Respondent Paul Hupp's

**NOTICE OF *EX PARTE* HEARING AND *EX PARTE* HEARING TO RE-OPEN CASE; RETURN UNLAWULLY SEIZED; DECLARATION OF PAUL HUPP; ORDER ON RETURN OF SEIZED PROPERTY (PROPOSED)**

ADDRESSED TO;

United States District Court, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Department of Justice/The United States Attorney's Office
Central District of California/Riverside Branch Office
Suite 200
3403 Tenth Street
Riverside, California 92501**BY PERSONAL SERVICE on June 08, 2018, before 1:00 PM**

By placing said document in a sealed envelope into the United States Postal Service at Beaumont, CA with the postage fully prepaid on;

June 8, 2018
EXECUTED ON:

June 8, 2018, at Beaumont, CA

I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant- Paul Hupp _____