UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-00993 JGB (KKx)** | Date | June 13, 2018 |
| Title | *In Re: Seizure of Personal Electronic Property of Paul Hupp* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order DEEMING Service to be Properly Effectuated (IN CHAMBERS)

      On June 8, 2018, Petitioner Paul Hupp ("Petitioner") filed a Declaration of Service which indicated that he personally served Respondent United States of America ("Respondent"). (Dkt. No. 12.) Pursuant to Rule 4(c)(2) of Federal Rules of Civil Procedure, service shall be effectuated by an individual who is not party to the action. Fed. R. Civ. P. 4. Nonetheless, the Court DEEMS service to be proper. See Borzeka v. Heckler, 739 F.2d 444, 447, 447 n.2 (9th Cir. 1984) (stating "[w]e are generally more solicitous of the rights of pro se litigants, particularly when technical jurisdictional requirements are involved" and applying a four part test to determine whether dismissal is required when there has been a technical defect in service).

**IT IS SO ORDERED.**