UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-00993 JGB (KKx) | Date | July 13, 2018 |
| Title | In Re: Seizure of Personal Electronic Property of Paul Hupp | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) GRANTING Movant's Ex Parte Application (Dkt. No. 10); (2) DENYING Movant's July 11, 2018 Ex Parte Application as MOOT (Dkt. No. 16); and (3) DIRECTING Respondent to Return Movant's Property (IN CHAMBERS)

On April 13, 2018, Movant Paul Hupp ("Movant") lodged an Ex Parte Application for the return of personal electronic property seized. (Dkt. No. 2.) On May 10, 2018, the Court denied Movant's Ex Parte Application. (Dkt. No. 6.) Subsequently, on May 18, 2018, Movant filed another Ex Parte Application for the return of personal electronic property seized. ("Application," Dkt. No. 10.) Movant sought to reopen his case and requested the Court order the Government to return Movant's property. (Id. at 1.) On June 1, 2018, the Court set a briefing scheduling and reopened the case. ("June 1, 2018 Order," Dkt. No. 11 at 4.) The Court ordered Movant to file proofs of service of the Application and June 1, 2018 Order within 10 days of the Order and ordered the United States of America ("Respondent") to file an opposition, or notice of non-opposition, within fourteen days of service. (Id.) On June 8, 2018, Movant filed a declaration regarding service. ("Declaration," Dkt. No. 12.) On June 13, 2018, the Court issued an order deeming service to be properly effectuated. ("Order Re: Service," Dkt. No. 13.) On June 26, 2018, Movant filed a notice of non-opposition to his Application. (Dkt. No. 14.) On July 1, 2018, Movant filed a third Ex Parte Application. (Dkt. No. 16.)

To date, Respondent has not filed an opposition or notice of non-opposition, as ordered by the Court in its June 1, 2018 Order. However, Assistant United States Attorney Todd Robinson filed a notice of appearance. (Dkt. No. 15.) In light of Respondent's failure to oppose or otherwise respond to Movant's Application, the Court GRANTS the Application.

Accordingly, the Court ORDERS Respondent to return Movant's property to him **no later than July 23, 2018.**

    **IT IS SO ORDERED.**